This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: January 5, 2023**

DEFENDANT'S EXHIBIT

2

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| In Re ) | |
| ) | |
| **MELISA A. JENKINS** ) | Case No. 22-10063 |
| ) | Chapter 13 |
| ) | Judge Buchanan |
| **Debtor** ) | |
| ) | |
| **MELISA A. JENKINS** ) | Adversary No. 22-1080 |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | |
| ) | |
| **IDEALOGIZ GROUP, LLC, ET AL.** ) | |
| ) | |
| **Defendant(s)** ) | |

## ORDER DISMISSING ADVERSARY PROCEEDING

This matter is before this Court on the *Order Proposing Dismissal of Adversary Proceeding* [Docket Number 7] (the "Order").

Prior to entry of the Order, the parties failed to file pretrial statements by the November 29, 2022 deadline in the *Order Governing Pretrial and Trial Proceedings* [Docket Number 5]. Accordingly, on December 7, 2022, the Order was entered noting that the parties appeared to have abandoned prosecution and providing the parties twenty-one (21) days to file written memoranda explaining why the adversary proceeding should continue or it would be dismissed [Docket Number 7].

This time period has now expired without the filing of pretrial statements or written memoranda by the parties.

Accordingly, this adversary proceeding is hereby DISMISSED.

SO ORDERED.

Distribution List:

Eric W. Goering, Esq.

John C. Scott, Esq.