**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: August 7, 2024**

DEFENDANT'S EXHIBIT
3

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **In Re** ) | |
| ) | |
| **MELISA A. JENKINS** ) | Case No. 22-10063 |
| ) | Chapter 13 |
| ) | Judge Buchanan |
| **Debtor** ) | |
| ) | |
| **MELISA A. JENKINS** ) | Adversary No. 22-1080 |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **IDEALOGIZ GROUP, LLC, ET AL.** ) | |
| ) | |
| **Defendant(s)** ) | |

### ORDER DENYING PLAINTIFF-DEBTOR'S MOTION TO VACATE ORDER OF DISMISSAL AND MOTION TO REOPEN ADVERSARY AND VACATE ORDER OF DISMISSAL [Docket Numbers 11 and 12]

This matter is before this Court on Plaintiff-Debtor Melisa A. Jenkins's *Motion to Vacate Order of Dismissal* [Docket Number 11] and *Motion to Reopen Adversary and Vacate Order of*

*Dismissal* [Docket Number 12] (collectively referred to as the "Motions to Vacate Dismissal"), Defendants Idealogiz Group, LLC and Rajib Garu's Response [Docket Number 14], the parties' stipulation that the facts as presented are undisputed [Docket Number 23], and the parties' briefs [Docket Numbers 21, 22, 28, and 29].

For the reasons stated in the oral ruling given by the Honorable Beth A. Buchanan, United States Bankruptcy Judge on August 7, 2024, the Motions to Vacate Dismissal are DENIED.

**SO ORDERED.**

Distribution List:

Eric W. Goering, Esq.
Anthony David Maiorano, Esq.