**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**





Beth A. Buchanan
United States Bankruptcy Judge

Dated: October 15, 2024

> DEFENDANT'S
> EXHIBIT
> 4

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   MELISA A. JENKINS                                CASE NO. 22-10063
   4457 MELLWOOD AVE                            (CHAPTER 13)
   CINCINNATI, OH  45232                          BETH A. BUCHANAN

        Debtor

ORDER OF DISMISSAL OF CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS (Doc. 105)

    This matter is before the Court pursuant to the Chapter 13 Trustee's Motion to Dismiss (Doc. 105) for FAILURE to make plan payments.

    IT IS ORDERED that the Chapter 13 petition and plan of the Debtor be dismissed.

    IT IS FURTHER ORDERED that the creditors listed on the matrix of the Debtor be notified of the dismissal and that the Trustee disburse funds in her possession pursuant to the confirmed plan, or if preconfirmation, Trustee shall disburse funds to Debtor minus administrative costs.

    Any funds received after the order of dismissal shall be returned to the debtors.

SO ORDERED.

COPIES TO:

All Creditors and Parties in Interest