IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



DEFENDANT'S EXHIBIT 6

IN RE:
MELISA A. JENKINS
4457 MELLWOOD AVE
CINCINNATI, OH  45232

CASE NO. 22-10063
CHAPTER 13
JUDGE BETH A. BUCHANAN

Debtor

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
IN A DISMISSED CASE INELIGIBLE FOR DISCHARGE

The above case having been dismissed on Oct 15, 2024, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

1. The case was filed on Jan 16, 2022 and confirmed on Dec 13, 2022. The case is submitted for closing as DISMISSED.
2. The amount paid to the Trustee by or on behalf of the debtor(s) was $32,150.00.

3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| IDEALOGIZ GROUP, LLC. | SECURED CLASS 2 CREDITOR | $94,500.00 | $1,215.08 | $0.00 | $93,284.92 |
| Clm #:  0002 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| LAURA PARKER | UNSECURED CREDITOR | $120,000.00 | $16,337.43 | $0.00 | $7,662.57 |
| Clm #:  0003 | Dividend Paid:  20.00% | Interest Rate:  .00% | | | |
| COMMENT:  LAURA PARKER - SEE DOC. #62 TO SURVIVE | | | | | |
| WELLS FARGO BANK | UNSECURED CREDITOR | $4,373.22 | $874.64 | $0.00 | $0.00 |
| Clm #:  0004 | Dividend Paid:  20.00% | Interest Rate:  .00% | | | |
| LAURA PARKER | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0005 | Dividend Paid:  .00% | Interest Rate:  .00% | | | |
| HAMILTON COUNTY TREASURER | SECURED CLASS 2 CREDITOR | $7,267.50 | $7,267.50 | $0.00 | $0.00 |
| Clm #:  0006 | Dividend Paid:  100.00% | Interest Rate:  .00% | | | |
| CAPITAL ONE BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0007 | Dividend Paid:  20.00% | Interest Rate:  .00% | | | |
| MICHAEL T. MANN | UNSECURED CREDITOR | $4,751.40 | $950.28 | $0.00 | $0.00 |
| Clm #:  0008 | Dividend Paid:  20.00% | Interest Rate:  .00% | | | |
| PORTFOLIO RECOVERY ASSOCIATES | UNSECURED CREDITOR | $490.65 | $98.13 | $0.00 | $0.00 |
| Clm #:  0009 | Dividend Paid:  20.00% | Interest Rate:  .00% | | | |
| SMITH, ROLFES & SKAVDAHL CO., LPA | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #:  0010 | Dividend Paid:  20.00% | Interest Rate:  .00% | | | |
| RESURGENT CAPITAL SERVICES | UNSECURED CREDITOR | $3,548.04 | $709.61 | $0.00 | $0.00 |
| Clm #:  0011 | Dividend Paid:  20.00% | Interest Rate:  .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| LAURA PARKER | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0012 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: LAURA PARKER | | | | | |
| THE CMW LAW FIRM | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0013 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: IDEALOGIZ GROUP | | | | | |
| RESURGENT CAPITAL SERVICES | UNSECURED CREDITOR | $2,618.21 | $523.64 | $0.00 | $0.00 |
| Clm #: 0014 | Dividend Paid: 20.00% | Interest Rate: .00% | | | |
| CITIBANK, N.A. | UNSECURED CREDITOR | $1,675.96 | $335.19 | $0.00 | $0.00 |
| Clm #: 0015 | Dividend Paid: 20.00% | Interest Rate: .00% | | | |

4. Summary of Disbursements:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT | $101,767.50 | $0.00 | $137,457.48 | $0.00 | $239,224.98 |
| PRIN. PAID | $8,482.58 | $0.00 | $19,828.92 | $0.00 | $28,311.50 |
| INT. PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The debtor(s)' attorney was allowed $26,887.50 and was paid $1,700.00.
The Trustee was paid $2,138.50 pursuant to 11 U.S.C. 1302.
The Trustee was paid $0.00 for administrative notice fees.
The debtor(s) were charged $0.00 for NSF items.
Refunds to the debtor(s) and/or new trustee total $0.00.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within thirty (30) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor(s), and debtor(s)' attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with Fed.R.Bankr.P.5009(a).

MARGARET A. BURKS, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
    Margaret A. Burks, Esq.
    Chapter 13 Trustee
    Attorney No. OH 0030377

    Francis J. DiCesare, Esq.
    Staff Attorney
    Attorney No. OH 0038798

    Tammy E. Stickley, Esq.
    Staff Attorney
    Attorney Reg No. OH 0090122

    600 Vine Street, Suite 2200
    Cincinnati, OH 45202
    (513) 621-4488
    (513) 621 2643 (Facsimile)
    mburks@cinn13.org - Correspondence only
    fdicesare@cinn13.org
    tstickley@cinn13.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Certification of Final Payment and Case History was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

by **first class mail** on October 17, 2024 addressed to:

Debtor(s)
MELISA A. JENKINS
4457 MELLWOOD AVE
CINCINNATI, OH  45232

/s/   Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.