

DEFENDANT'S
EXHIBIT

**1**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| IN RE: | Case No. 1:22-BK-10063 |
| MELISA A. JENKINS | Chapter 13 |
| Debtor | |

---

| | |
|---|---|
| MELISA A. JENKINS<br>4457 Mellwood Ave<br>Cincinnati, Ohio 45232 | Adv. Pro. No. _____ |
| Plaintiff, | Judge Jeffery P. Hopkins |
| v. | |
| IDEALOGIZ GROUP LLC<br>4140 Home Street<br>Cincinnati, Ohio 45236 | |
| And | |
| RAJIB GARU<br>4140 Home Street<br>Cincinnati, Ohio 45236 | |
| Defendants. | |

---

## COMPLAINT

---

Now comes Melisa Jenkins ("Debtor") and hereby states as follows for her Complaint:

1.     She filed a Chapter 13 in the lead case *In Re: Melisa Jenkins*, No. 1:22-10063.

2.      This Court has jurisdiction under 28 USC 1334, 157 and 11 USC 1303.

3.      This is a core proceeding under 28 USC 157 (K).

4.      The Debtor is the owner of real estate located at 4457 Mellwood Avenue Cincinnati, Ohio 45232 (the "Mellwood Property"). (Exhibit 1)

5.       The Debtor gave the Defendant a mortgage in the amount of $ 30,000.00 (the "Initial Mortgage") which was filed in the Hamilton County Recorder on January 8, 2021 in book 14330 page 944. (Exhibit 2)

6.      The amount of the obligation was increased to $ 90,000.00 and a new mortgage was filed in the Hamilton County Recorder on February 16, 2021 in book 14355 page 727 (the "Mortgage") which is the subject of this dispute. (Exhibit 3)

7.      The Initial Mortgage was released of record on March 25, 2021. (Exhibit 4)

8.      The Defendant was the owner of a single-family residence located at 3464 Cheviot Avenue Cincinnati, Ohio 45211 (the "Cheviot Property"). (Exhibit 5)

9.       The Defendant is an LLC whose sole owner is Mr. Rajib Garu ("Garu").

10.      While Garu and the Debtor were living together, they agreed to spend $90,000.00 to repair the Cheviot Property, where the parties had agreed to live together after the completion of the renovations.

11.      At the time of this agreement, there was an unrecorded Mortgage on the Mellwood Property and the Debtor agreed to the placing of the Mortgage on the Mellwood Property to give priority to the renovation costs of the Defendant's Cheviot Property, where the parties intended to live.

12.      Coincident with the completion of the renovations to the Cheviot Property, the parties relationship soured and their planned cohabitation did not take place.

13.    The Debtor's business, Sustenance Design Cincy, LLC then placed a mechanic's lien (the "Lien") on the Cheviot Property to secure repayment of the funds owed to Debtor for the renovations they made to the property. (Exhibit 6)

14.    The Debtor individually released the Lien (Exhibit 7) based upon the promise from Garu that she would receive a portion of the sale proceeds from the Cheviot Property, or the Mortgage would be canceled.

15.    The Defendant then removed certain items from the Cheviot Property and pursuant to a Warranty Deed dated September 13, 2021, sold the remodeled Cheviot Property (Exhibit 8) for a substantial profit and refused to repay the Debtor or to cancel the mortgage on her Mellwood Property.  In doing so, the Defendant was thereby unjustly enriched at the Debtor's expense.

## FIRST CAUSE OF ACTION

16.  The Debtor seeks an order of the court determining the extent of the Mortgage on the Mellwood Property, specifically that the Defendant was unjustly enriched and that the Mortgage that secured the debt should be voided and held for naught.

## SECOND CAUSE OF ACTION

17.  The Debtor incorporates the assertion in paragraphs 1 thru 16 and says that the Defendant, through its agent Garu, practiced fraud on the Debtor by using funds that were secured by the Mortgage to improve the Cheviot Property and then failing to turn over any of the sale proceeds or to cancel its Mortgage.

18.  Debtor requests that the Court find that any note securing the Mortgage owned by the Debtor on the Mellwood Property be found to be fully paid and satisfied and that the Mortgage be cancelled of record, and for such other relief as may be just and proper.

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

A.    For an Order determining that the Mortgage granted to Defendant as it relates to the Mellwood Property has been satisfied and should be released or determined void.

B.    For the costs of this action; and

C.    For such other and further relief as may be proper and necessary.

Respectfully submitted,

*/s/ Eric W. Goering*
Eric W. Goering, #0061146
Attorney for Plaintiff/Debtor
220 West Third Street
Cincinnati, Ohio 45202
(513) 621-0912

**Attorney for Plaintiff**

EXHIBIT 1

Hamilton County Recorder's Office
Doc #: 17-16432    Type: DE
Filed: 02/22/17 11:12:32 AM  $48.00
Off.Rec.: 13359 00456 F    1    124

220-59-15

KNOW ALL PEOPLE by These Presents
That Laura Parker (AKA Laura Parker-Keebler) in consideration of one dollar ($1.00)
and other valuable consideration in hand paid by Melisa Jenkins, whose address is
4571 JANET ST CINCINNATI OH 45223 do hereby Grant, Bargain Sell and Convey
to the said Melisa Jenkins and assign forever, the following described Real Estate :
Situate in Section 16, Township 3, Fractional Range 2 of the Miami Purchase,
Millcreek Township and being a part of Lot No. 25 of the M. Dodsworth Subdivision,
as recorded in Plat Book 2, Page 197, of the Plat Records of Hamilton County, Ohio
and more particularly described as follows:
Beginning at a point in the west line of said Section 16, South 1 * 15' West 853.64
feet from the northwest corner of said section thence South 88*52' East 224.63 feet to
a point in the center line of Mellwood Ave; thence along the center line of Mellwood
Ave. North 1* 15' East 93 feet to a point; thence North 88*52' West 224.63 feet to the
west line of said Section 16; thence along said section line South 1 * 15' West 93 feet
to the place of the beginning.
Subject to easements and restrictions of record.

And all the Estate, Right, Title and Interest of the said grantor in and to said premises;
TO have and to
the same, with all the privileges and appurtenances thereunto belonging, to said
grantee Melisa Jenkins heirs and assigns forever. And the said Laura Parker do
hereby Covenant and Warrant that the title so conveyed is Clear, Free, and
Unincumbered, and that she will Defend the same against all lawful claims of all
persons whomsoever.
In witness thereof, the said Laura A. Parker AKA Laura Parker-Keebler hereby
release her right and expectancy of dower in said premises, have hereunto set her
hand, this 22 day of February two thousand and seventeen A.D. (2017).
Signed and acknowledged in presence of us:

On this 22 day of February , 2017, before me, a Notary Public , personally
came Laura Parker the grantor in the foregoing deed, and acknowledged the signing
thereof to be her voluntary act and deed.

JUDY L. SCHALK
Notary Public, State of Ohio
My Commission Expires
December 25, 2021

DESCRIPTION ACCEPTABLE
HAMILTON COUNTY ENGINEER

Tax Map - 2/22/170

CAGIS -

| | |
|---|---|
| Deed number | 133359 |
| | 17-407677 |
| Instr. number | 17-410530 |
| Transfer date: | 02/22/2017 |
| Sec. 319.202 R.C. | |
| Sec. 322.02 R.C. | |
| **Dusty Rhodes** | |
| Hamilton County Auditor | |
| Sales amount: | 175000.00 |
| 003 - Transfer Fee | 0.50 |
| 050 - Permissive Fee | 350.00 |
| 202 - Conveyance Fee | 175.00 |
| Fee total: | 525.50 |

14330 00944

**EXHIBIT** 2

Scott Crowley
Hamilton County Recorder's Office
Doc #: 2021-0003063 Type: MT
Filed: 01/08/21 09:12:17 AM $34.00
Off. Rec.: 14330 00944 F 2 256

b1433000944Fb

## MORTGAGE

- Melisa Jenkins , for Thirty Thousand and xx/100, ($30000.00 paid, grants with mortgage covenants to Idealogiz Group LLC whose address is PO Box 36576 Cincinnati OH 45236 the following real property:

  ( 4457 Mellwood Ave Cincinnati OH 45232 )

  SEE EXHIBIT A-Legal Descriptions ATTACHED HERETO

Mortgagor claims title to the above described property by virtue of an instrument recorded in Official Record Book Parcel # : 220-0059-0015-00 of the Hamilton County, Ohio Records.

Property Description : 4457 MELLWOOD AVE 93 X 199.63 PT LOT 25 DODSWORTH EST

This Mortgage is given upon the statutory condition to secure payment of **$30000.00** , with interest as provided in a Note of even date herewith. "Statutory Condition" is defined in Section 5302.14 of the Ohio Revised Code and provides generally that, if the Mortgagor pays the principal and interest secured by this Mortgage, performs the other obligations secured hereby and the conditions of any prior mortgage, pays all taxes and assessments, maintains insurance against fire and other hazards, and does not commit or suffer waste, then this Mortgage shall be void.

This mortgage will mature and become fully due and payable on May 7th, 2021 or on the date of sale of 4457 Mellwood Ave Cincinnati OH 45232 whichever is earlier.

Signed this 7 day of __Jan____, 2021.

_Melisa Jenkins (Mortgagor)_

Clermont (a2)

STATE OF OHIO, COUNTY OF ~~MONTGOMERY~~ ) SS.

The foregoing instrument was acknowledged before me on this 7th day of _Jan_____, 2021, by Melisa Jenkins the Mortgagors herein, as their free act and deed.

NOTARY PUBLIC
ROBERT M. SCHWARTZ
NOTARY PUBLIC
STATE OF OHIO
My Commission
Expires
February 16, 2023

Prepared by: Mortgagee

14330  00945

EXHIBIT A

Situate in Section 16, Township 3, Fractional Range 2 of the Miami Purchase, Millcreek Township and being a part of Lot No. 25 of the Subdivision of M. Dodsworth's Estate, as recorded in Plat Book 2, Page 197, of the Plat Records of Hamilton County, Ohio and more particularly described as follows:

Beginning at a point in the West line of said Section 16, South 1° 15' West 853.64 feet from the Northwest corner of said section

Thence South 86° 52' East 224.63 feet to a point in the center line of Mellwood Ave;

Thence along the center line of Mellwood Ave. North 1° 15' East 93 feet to a point;

Thence North 88° 52' West 224.63 feet to the West line of said Section 16;

Thence along said section line South 1° 15' West 93 feet to the place of the beginning.

Parcel # 220-0059-0015-00

EXHIBIT 3

Scott Crowley
Hamilton County Recorder's Office
Doc #: 2021-0019334 Type: MT
Filed: 02/16/21 07:58:10 AM  $54.00
Off. Rec.: 14355  00727  F  2  80


b1435500727Fb

## MORTGAGE

- Melisa Jenkins , for Ninety Thousand and xx/100, ($90000.00 paid, grants with mortgage covenants to  Idealogiz Group LLC  whose address is PO Box 36576 Cincinnati OH 45236  the following real property:

( 4457 Mellwood Ave Cincinnati OH 45232   )

SEE EXHIBIT A-Legal Descriptions ATTACHED HERETO

Mortgagor claims title to the above described property by virtue of an instrument recorded in Official Record Book Parcel # : 220-0059-0015-00 of the Hamilton County, Ohio Records.

Property Description : 4457 MELLWOOD AVE 93 X 199.63 PT LOT 25 DODSWORTH EST

This Mortgage is given upon the statutory condition to secure payment of $90000.00    , with interest as provided in a Note of even date herewith. "Statutory Condition" is defined in Section 5302.14 of the Ohio Revised Code and provides generally that, if the Mortgagor pays the principal and interest secured by this Mortgage, performs the other obligations secured hereby and the conditions of any prior mortgage, pays all taxes and assessments, maintains insurance against fire and other hazards, and does not commit or suffer waste, then this Mortgage shall be void.

This mortgage will mature and become fully due and payable on  May 7th, 2021 or on the date of sale of 4457 Mellwood Ave Cincinnati OH 45232 whichever is earlier.

Signed this 5 day of __Feb____, 2021.

Melisa Jenkins (Mortgagor)

STATE OF OHIO, COUNTY OF MONTGOMERY        ) SS.

The foregoing instrument was acknowledged before me on this 7th day of  Jan  5th  Feb  2021, 2021, by  Melisa Jenkins the Mortgagors herein, as their free act and deed.

BRIAN BAUER
NOTARY PUBLIC
IN AND FOR THE STATE OF OHIO
MY COMMISSION EXPIRES AUGUST 1, 2019

NOTARY PUBLIC

7/24/21

Prepared by: Mortgagee

### EXHIBIT A

Situate in Section 16, Township 3, Fractional Range 2 of the Miami Purchase, Millcreek Township and being a part of Lot No. 25 of the Subdivision of M. Dodsworth's Estate, as recorded in Plat Book 2, Page 197, of the Plat Records of Hamilton County, Ohio and more particularly described as follows:

Beginning at a point in the West line of said Section 16, South 1° 15' West 853.64 feet from the Northwest corner of said section

Thence South 88° 52' East 224.63 feet to a point in the center line of Mellwood Ave;

Thence along the center line of Mellwood Ave. North 1° 15' East 93 feet to a point;

Thence North 88° 52' West 224.63 feet to the West line of said Section 16;

Thence along said section line South 1° 15' West 93 feet to the place of the beginning.

Parcel # 220-0059-0015-00

EXHIBIT 4

Scott Crowley
Hamilton County Recorder's Office
Doc #: 2021-0037575 Type: REL
Filed: 03/25/21 09:42:46 AM $34.00
Off. Rec.: 14382 01238 F 2 250

b1438201238Fb

## RELEASE OF MORTGAGE

THIS IS TO CERTIFY, in consideration of payment, receipt of which is hereby acknowledged, that the

conditions of a certain Mortgage from Melisa Jenkins to Idealoglz Group LLC. in the

amount of $30,000.00 recorded on 01/08/21 as O.R. Book 14330 page 944 of the Official County

Records, have been FULLY COMPLETED and that the MORTGAGE IS HEREBY RELEASED AND
DISCHARGED OF RECORD.

See attached for legal description,....

Parcel ID# 220-59-15

Idealoglz Grouop LLC

Executed on this _24TH_____of MARCH, 2021

BY Rajib Garu, Member

State of OHIO
County of HAMILTON

The foregoing instrument was acknowledged before me on this __24TH_____ day of MARCH, 2021___
by Rajib Garu, member of Idealoglz Group LLC

Notary Public
Printed Name:
Expiration/ Stamp and/ or Seal:



BRIAN BAUER
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 7/21/2024

Prepared by Norman Incze
2035 Crocker Rd
Westlake, Oh 44145

## EXHIBIT A

Situate in Section 16, Township 3, Fractional Range 2 of the Miami Purchase, Millcreek Township and being a part of Lot No. 25 of the Subdivision of M. Dodsworth's Estate, as recorded in Plat Book 2, Page 197, of the Plat Records of Hamilton County, Ohio and more particularly described as follows:

Beginning at a point in the West line of said Section 16, South 1° 15' West 853.64 feet from the Northwest corner of said section

Thence South 88° 52' East 224.63 feet to a point in the center line of Mellwood Ave;

Thence along the center line of Mellwood Ave. North 1° 15' East 93 feet to a point;

Thence North 88° 52' West 224.63 feet to the West line of said Section 16;

Thence along said section line South 1° 15' West 93 feet to the place of the beginning.

Parcel # 220-0059-0015-00

EXHIBIT 5

Scott Crowley
Hamilton County Recorder's Office
Doc #: 2021-0015299 Type: DE
Filed: 02/04/21 07:58:48 AM $42.00
Off.Rec.: 14348 00801 F S59    3    147

Convey. number:
Deed number:
Instr. number:
Transfer date:
Sec. 319.202 R.C.
Sec. 322.02 R.C.
**Dusty Rhodes**
Hamilton County Auditor
Sales amount:
003 – Transfer Fee
050 – Permissive Fee
202 – Conveyance Fee
Fee total:

257304
21-530707
21-533550
02/03/2021

71000.00
0.50
213.00
71.00
284.50

## SHERIFF'S DEED
### Revised Code § 2329.36

I, Charmaine McGuffey, Sheriff of Hamilton County, Ohio, pursuant to the Order of Sale entered on August 31, 2020, the Confirmation of Sale entered on December 29, 2020 and in consideration of the sum of $71,000.00 dollars, the receipt whereof is hereby acknowledged, does hereby **GRANT, SELL AND CONVEY** unto **Idealogiz group LLC**, all the rights, title and interest of the parties in Court of Common Pleas, Hamilton County, Ohio, Case Number A 1905816, First Guaranty Mortgage Corporation vs. Vincent Joseph Willman, AKA Vincent Willman, AKA Vincent Joseph Willman, Jr., et al., and all pleadings therein incorporated herein by reference in and to the following Lands and Tenements situated in the County of Hamilton and State of Ohio, known and described as follows, to-wit:

SEE ATTACHED LEGAL DESCRIPTION

19-042591

This deed does not reflect any restrictions, conditions or easements of record.

Executed this __28__ day of __JANUARY__, 20__21__.

_(signature)_

Charmaine McGuffey, Sheriff of Hamilton County, Ohio

STATE OF **OHIO**           )

                          ) SS:

COUNTY OF **HAMILTON**    )

Executed upon presentation in accordance of ORC 2929.36 without review.

_The foregoing was acknowledged before me this __29__ day of __January__, 20__21___
_by Charmaine McGuffey, Sheriff of Hamilton County, Ohio._

_(signature)_

**INGRID E. OSTERWISCH**
Notary Public, State of Ohio
My Commission Expires
July 25, 2023

Notary Public
State of Ohio
My Commission Expires __July 25__, 20__23__

Instrument prepared by Manley Deas Kochalski LLC, P. O. Box 165028, Columbus, OH 43216-5028

19-042591

## LEGAL DESCRIPTION

Situated in the City of Cincinnati, Green Township, Hamilton County, Ohio and being Lot Nine (9) as shown on Edmund Craig's Subdivision in Section 9, Township, County, and State aforesaid, recorded in Plat Book 5, Page 193, in the Recorder's Office of Hamilton County, Ohio.

Prior Owner:                          Vincent Joseph Willman, Jr. and Shelby J. Willman

Parcel No.:                           211-0071-0050-00

Prior Instrument Reference:   Deed dated January 22, 2015, filed February 3, 2015, recorded as Official Records Volume 12812, Page 1802, Hamilton County, Ohio records

DESCRIPTION ACCEPTABLE
HAMILTON COUNTY ENGINEER
1/11/21
Tax Map
CAGIS

19-042591

**14419    03087**

EXHIBIT 6

Scott Crowley
Hamilton County Recorder's Office
Doc #: 2021-0061198  Type: ML
Filed: 05/17/21 02:31:30 PM  $42.00
Off.Rec.: 14419 03087 F    3    643



---

### Affidavit for Mechanic's Lien
### (O.R.C.1311.06)

State of Ohio        )
                     )    SS:
County of Butler    )

    I, **Melisa Jenkins**, being first duly sworn and having personal knowledge, state and affirm as follows:

    1.    I am the owner and duly authorized representative and agent **Sustenance Design Cincy, LLC ("SDC")**, whose address is **4457 Mellwood Avenue, Cincinnati, Ohio 45232**.

    2.    Pursuant to a contract with **Idealogiz Group, LLC**, whose address is 4140 Home Street, Cincinnati, Ohio 45236, SDC furnished certain material of performed certain labor or work in the furtherance of improvement located on or removed to the land commonly described as 3464 Cheviot Avenue, Cincinnati, Ohio 45211, hereinafter described in greater detail in the attached **Exhibit A** (the **"Premises"**). This Affidavit, as well as a copy of the official lien, will be sent to Idealogiz Group, LLC by both certified mail and ordinary mail.

    3.    The first of the labor or work was performed or material was furnished on **February 1, 2021**. The last of the labor or work was performed or material was furnished on the **May 14, 2021.**

    4.    There is justly and truly due the lien claimant, therefore from the owner, part-owner, lessee, original contractor, subcontractor, or other person, whose name is Idealogiz Group, LLC, as the case may be, over and above all legal setoffs, **the sum of $75,000.00**, for which amount, the lien claimant, claims a lien on the land, building or

**14419     03088**

leasehold, of which Idealogiz Group, LLC is or was the owner, part-owner, or lessee, as the case may be, which premises is described above and in the attached Exhibit A.

**FURTHER AFFIANT SAYETH NAUGHT.**

Melisa Jenkins, A Duly Authorized Agent
and Representative of Sustenance Design
Cincy, LLC

Sworn to before me and subscribed in my presence this 17ᵗʰ day of May, 2021.

Notary Public

My commission expires: 6/14/2023

This instrument was prepared by:
Andrew L. Smith, Esq.
ROLFES HENRY CO., LPA
600 Vine Street, Suite 2600
Cincinnati, Ohio 45202

R.C. 1311.07 provides:

"*Any person filing an affidavit pursuant to section 1311.06 of the Revised Code [Affidavit of Mechanic's Lien] shall serve a copy of the affidavit on the owner, part owner, or lessee of the improved property or his designee, within thirty days after filing the affidavit. If the affidavit cannot be served in accordance with section 1311.19 of the Revised Code, then the person shall serve the copy by posting it in some conspicuous place on the premises of the improved property within ten days after the expiration of the thirty days.*"

2

**14419     03089**

## EXHIBIT A

### LEGAL DESCRIPTION

Situated in the City of Cincinnati, Green Township, Hamilton County, Ohio and being Lot Nine (9) as shown on Edmund Craig's Subdivision in Section 9, Township, County, and State aforesaid, recorded in Plat Book 5, Page 193, in the Recorder's Office of Hamilton County, Ohio.

| | |
|---|---|
| Prior Owner: | Vincent Joseph Willman, Jr. and Shelby J. Willman |
| Parcel No.: | 211-0071-0050-00 |
| Prior Instrument Reference: | Deed dated January 22, 2015, filed February 3, 2015, recorded as Official Records Volume 12812, Page 1802, Hamilton County, Ohio records |

3

**14449    03567**

# EXHIBIT 7

Scott Crowley
Hamilton County Recorder's Office
Doc #: 2021-0079839  Type: REL
Filed: 06/30/21 01:59:30 PM  $54.00
Off.Rec.: 14449 03567 F    2    651

**RELEASE OF LIEN**

State of ~~Ohio~~ *KY*              )
                                    )        SS:
County of *Campbell*                )

On the 17ᵗʰ day of *May*. 2021 I, Melisa Jenkins filed an Affidavit for Mechanic's Lien in the Recorder's Office of *Hamilton* County, Ohio. The lien has the following reference or document number *14419 63087*. The lien claimed the sum of $*5,000* against the real property located at the following address *3464 Cheviot Ave Cincinnati OH 45211* . in *Hamilton* County, Ohio, as more completely described in Exhibit A attached hereto and incorporated herein.

For good and valuable consideration, the undersigned releases and discharges the lien and any right, interest, and claim I may have acquired in the property by reason of filing the Affidavit of Lien.

Melisa Jenkins

Sworn to before me and subscribed in my presence this *30* day of *June* , 2021.

Notary Public

JOELSEPH DEAN FITCH
Notary Public
Kentucky - State at Large
My Commission Expires Aug 6, 2023

**14449    03568**

## EXHIBIT A

### LEGAL DESCRIPTION

Situated in the City of Cincinnati, Green Township, Hamilton County, Ohio and being Lot Nine (9) as shown on Edmund Craig's Subdivision in Section 9, Township, County, and State aforesaid, recorded in Plat Book 5, Page 193, in the Recorder's Office of Hamilton County, Ohio.

Prior Owner:                        Vincent Joseph Willman, Jr. and Shelby J. Willman

Parcel No.:                         211-0071-0050-00

Prior Instrument Reference:   Deed dated January 22, 2015, filed February 3, 2015, recorded as Official Records Volume 12812, Page 1802, Hamilton County, Ohio records

Convey number: 278801
Deed number: 21-552085
Instr. number: 21-554938
Transfer date: 09/13/2021
Sec.: 319.202, R.C.
Sec.: 322.02 R.C.
Dusty Rhodes
Hamilton County Auditor
Sales Amount: 120,000.00
Permissive fee: 240.00
Transfer fee: 0.50
Conveyance fee: 120.00

Scott Crowley
Hamilton County Recorder's Office
Doc #: 2021-0109962 Type: DE
Filed: 09/13/21 01:28:56 PM   $42.00
Off. Rec.: 14500   03869   F   3   684

b1450003869Fb

# EXHIBIT 8

# Warranty Deed

21-2847

**KNOW ALL MEN BY THESE PRESENTS THAT Idealogiz Group LLC an Ohio limited
liability company** the Grantor(s), claiming title by or through instrument recorded in OR Book
14348, page 801, Hamilton County Recorder's Office, for valuable consideration thereunto
given, and for the sum of Ten and 00/100 Dollars ($10.00) received to its full satisfaction of the
grantees, **Bayhorse, LLC** whose tax mailing address will be 2575 Queen City Ave Cincinnati
Ohio 45238                                    does:
    **GIVE, GRANT, BARGAIN, SELL AND CONVEY** unto said Grantees, the following
described premises, Situated in the City of Cincinnati, County of Hamilton and State of Ohio:
SEE ATTACHED EX A:

Property Address: 3464 Cheviot Ave Cincinnati Ohio 45211

 Parcel No: 211-71-50.

    **TO HAVE AND TO HOLD** the above premises, with the appurtenances thereunto
belonging, unto the said Grantees,

    **AND THE SAID** Grantor, for its successors and assigns, executors and administrators,
hereby covenants with the said Grantees, their heirs and assigns, that said Grantor is the true and
lawful owner of said premises, and is well seized of the same in fee simple, and has good right
and full power to bargain, sell and convey the same in the manner aforesaid, and that the same
are free and clear from all encumbrances, except zoning ordinances, easements, reservations,
conditions and restrictions of record, if any, and real estate taxes and assessments, general and
special, which are a lien at the time of transfer, but which are not then due and payable, and
further, that said Grantor will warrant and defend the same against all claims whatsoever except
as provided herein.

**IN WITNESS WHEREOF**, the Grantor hereunto set its hand the__31st_ day of  August__, 2021.

**GRANTOR:**

**Idealogiz Group LLC**

BY: Rajib Garu, Member

**STATE OF OHIO**            )
                             ) SS:
**COUNTY OF HAMILTON**       )

**BEFORE ME**, a Notary Public in and for said County and State, personally appeared the above-named Idealogiz Group LLC by Rajib Garu its Member and acknowledged that the Grantor's authorized representative did sign this instrument and the same is the representative's free act and deed.

      **IN TESTIMONY WHEREOF**, I have hereunto set my hand and official seal this _____ _31st____ day of _August_, 2021. This is an acknowledgment clause. No oath or affirmation was administered to the signer(s).

(SEAL)

NOTARY PUBLIC

**This Instrument Prepared By:**

Norman E. Incze, Esq., Atty.Reg.No. 0064665
PO Box 507
Avon, OH 44011

**JOHN T. ZEIGLER**
Notary Public, State of Ohio
My Commission Expires
April 22, 2022

EXHIBIT A

SITUATED IN THE CITY OF CINCINNATI, GREEN TOWNSHIP, HAMILTON COUNTY, OHIO AND BEING LOT NINE (9) AS SHOWN ON EDMUND CRAIG'S SUBDIVISION IN SECTION 9, TOWNSHIP, COUNTY AND STATE AFORESAID, RECORDED IN PLAT BOOK 5, PAGE 193, IN THE RECORDER'S OFFICE OF HAMILTON COUNTY, OHIO

PARCEL # 211-0071-0050-00

**ST**

**DESCRIPTION ACCEPTABLE**
**HAMILTON COUNTY ENGINEER**

**Tax Map - Sep 03 2021 DB**

CAGIS - _____