# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MELISA JENKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>RAJIB GARU, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00449<br><br>Judge Jeffery P. Hopkins<br><br>Magistrate Judge Stephanie K. Bowman<br><br>**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff Melisa Jenkins hereby respectfully moves this Court for an extension of time to respond to Defendants' Motion to Dismiss (ECF No. 3) by filing a memorandum in opposition pursuant to S.D. Ohio Civ. R. 7.2(a)(2) or by filing an amended complaint pursuant to Fed. R. Civ. P. 15(a). This Motion is being submitted for the Court's consideration prior to the expiration of time originally provided to respond under the Civil Rules. Plaintiff requests an additional 21 days to respond to Defendants' Motion to permit the parties to pursue a settlement of the dispute between them. If the Court grants this requested extension, Plaintiff shall have through August 14, 2025, to respond to Defendants' Motion by memorandum in opposition or by filing of an amended complaint.

Counsel for Defendants Rajib Garu and Idealogiz Group, LLC, has informed undersigned counsel for Plaintiff Melisa Jenkins that he does not oppose this motion.

Respectfully submitted,

*/s/ James A. Hamilton*
James A. Hamilton (0102638)
John H. Phillips (0043934)
PHILLIPS LAW FIRM, INC.
9521 Montgomery Road
Cincinnati, OH 45242
(513) 985-2500
(513) 985-2503 fax
JAH@PhillipsLawFirm.com
JHP@PhillipsLawFirm.com
*Attorneys for Plaintiff Melisa Jenkins*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served by the Court's CM/ECF service this 22nd day of July, 2025, on the following:

Anthony D. Maiorano, Esq.
The CMW Law Firm
14 E. Main St.
Fairborn, OH 45324
tony@cmwlawfirm.com
*Attorney for Defendants Rajib Garu and Idealogiz Group, LLC*

*/s/ James A. Hamilton*
James A. Hamilton (0102638)
*Attorney for Plaintiff Melisa Jenkins*

2