# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MELISA JENKINS,<br><br>    Plaintiff,<br><br>v.<br><br>RAJIB GARU, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00449<br><br>Judge Jeffery P. Hopkins<br><br>Magistrate Judge Stephanie K. Bowman<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to S.D. Ohio Civ. R. 83.4(b), John H. Phillips, James A. Hamilton, and the Phillips Law Firm, Inc., hereby move the Court for leave to withdraw as counsel for Plaintiff Melisa Jenkins. Irreconcilable differences have developed between Plaintiff and her counsel, and said counsel have been discharged from their representation by Ms. Jenkins. Accordingly, counsel must withdraw from further representation as required by Ohio Prof. Cond. R. 1.16(a)(3).

Ms. Jenkins has been notified in writing of this motion and of all upcoming deadlines in this matter.

Respectfully submitted,

/s/ John H. Phillips
James A. Hamilton (0102638)
John H. Phillips (0043934)
PHILLIPS LAW FIRM, INC.
9521 Montgomery Road
Cincinnati, OH 45242
(513) 985-2500
(513) 985-2503 fax
JAH@PhillipsLawFirm.com
JHP@PhillipsLawFirm.com
*Former Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following date, August 7, 2025, as follows:

☐ hand delivery,

☐ regular U.S. Mail, postage prepaid, to the addresses listed below

☐ facsimile to the fax number listed below

**X** email to the email address listed below

**X** through the United States District Court for the Southern District of Ohio's CM/ECF service to provide copies of filings to all parties and counsel entitled to receive service of documents in this case.

☐ other: _____

_____.

Anthony D. Maiorano, Esq.
The CMW Law Firm
14 E. Main St.
Fairborn, OH 45324
tony@cmwlawfirm.com
*Attorney for Defendants Rajib Garu and Idealogiz Group, LLC*

Melisa Jenkins
4457 Mellwood Avenue
Cincinnati, OH  45232
Telephone: 513-808-2044
Email: sustenancedesigncincy@gmail.com

                                                          */s/* John H. Phillips
                                                          John H. Phillips (0043934)
                                                          *Former Attorney for Plaintiff Melisa Jenkins*