

# MOTION TO STRIKE LATE FEES / EQUITABLE RELIEF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

MELISA JENKINS,
Plaintiff,

v.

IDEALOGIZ GROUP, LLC,
GARU, and
FORTUNE VINE, LLC,
Defendants.

Case No. 1:25-cv-00449-JPH

## PLAINTIFF'S MOTION TO STRIKE LATE FEES AND PRECLUDE DEFENDANTS FROM PROFITING FROM DELAY

### Introduction

Plaintiff moves this Court to strike all late fees claimed by Defendants in connection with the Mellwood property lien, and to bar Defendants from profiting from their own delay and bad faith tactics.

### Argument

1. **Bad Faith Delay.** Defendants and their counsel intentionally stalled negotiations and the property sale process, while simultaneously increasing their demands by citing "late fees."

2. **Broken Assurances.** Both Mr. Maiorano and Mr. Neiberding assured Plaintiff the payoff amount would be lowered. Instead, Defendants reversed course, raised the ask, and compounded late fees.

3. **Equitable Principles.**

    - A party may not profit from its own wrongdoing. See Glus v. Brooklyn E. Dist. Terminal, 359 U.S. 231, 232–33 (1959) ("no man may take advantage of his own wrong").

    - Ohio law implies a duty of good faith and fair dealing in every contract. Littlejohn v. Parrish, 163 Ohio App.3d 456, 463 (2005).

    - Charging late fees caused by Defendants' intentional stalling is inequitable and violates this duty.

4. **Relief is Necessary.** If allowed, Defendants' conduct rewards obstruction and punishes Plaintiff for attempting to proceed in good faith with a sale.

## Requested Relief

Plaintiff respectfully requests that this Court:

1. Strike all late fees claimed by Defendants in connection with the Mellwood property lien;

2. Declare unenforceable any escalation of payoff demands caused by Defendants' intentional delay;

3. Award Plaintiff costs associated with challenging these improper demands; and

4. Grant such other equitable relief as the Court deems appropriate.

Respectfully submitted,
/s/ Melisa Jenkins
Plaintiff Pro Se

Served via email to defendant counsel
Exhibits attached to Response to Motion for Rule 11 Sanctions
Closing is set for 9/9/2025

2

**OHIO JURAT**
§147-551

State of Ohio
County of __Hamilton__ } ss.

Sworn to or affirmed and subscribed before me by
__Melisa Jenkins__
Name of Person Making Jurat

this date of __09/04/2025__.
Date

__[signature: Kristian Johnson]__
Signature of Notary Public Administering Jurat

__Notary Public__
Title or Rank

__04/30/2029__
Commission Expiration Date

[Notary Seal: KRISTIAN JEREMIAH JOHNSON - NOTARY PUBLIC - COMM EXP: APR 30, 2029 - STATE OF OHIO]

---- OPTIONAL ----

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

Description of Attached Document: US District Court, Southern District of OH
Title or Type of Document: Plantiff motion to Strike Late Fees/Equitable relief & preclude Defendants from profiting from Delay
Document Date: __09/04/2025__ Number of Pages: __2__
Signer(s) Other Than Named Above: __N/A__

©2019 National Notary Association

M1908-06 (09/19)