**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

MELISA JENKINS,

    *Plaintiff,*

v.

RAJIB GARU, *et al.,*

    *Defendants.*

:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:25-cv-449

Judge Jeffery P. Hopkins

## ORDER

At present, there are three motions filed by Plaintiff Melisa Jenkins ("Plaintiff" or "Jenkins") pending before the Court: (1) Motion to Strike Late Fees/Equitable Relief (Doc. 11), (2) Emergency Motion for Immediate Sanctions and Escrow of Mellwood Property Proceeds (Doc. 12), and (3) Motion for Sanctions Against Defense Counsel for Bad Faith Conduct (Doc. 13). Defendants Rajib Garu and Idealogiz Group, LLC (collectively, "Defendants") filed a timely omnibus response. Doc. 15. Jenkins did not file any reply.

Since these motions were filed, the Court dismissed many of Jenkins' claims under Rule 12(b)(6) of the Federal Rules of Civil Procedure—including Jenkins' claims for breach of written contract (Count 1), breach of oral contract (Count 2), unjust enrichment (Count 3), replevin (Count 5), civil theft (Count 6), fraud (Count 7), and piercing the corporate veil (Count 8). Doc. 16, PageID 501–02. Only two of her claims presently remain: breach of contract for construction and design services (Count 4) and violations under the Truth in Lending Act (Count 9). *Id.* at PageID 502. Because the Court struggles to discern the basis for the various forms of relief that Jenkins seeks in her motions and how such relief comports

with her remaining claims, Jenkins' motions (Docs. 11, 12, 13) are **DENIED** without prejudice. Should she elect to refile, Jenkins shall clarify the basis for the relief sought and the permissibility of such relief within the context of her remaining claims.

      **IT IS SO ORDERED.**

April 7, 2026

                                 Jeffery P. Hopkins
                                 United States District Judge