OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

RECEIVED

APR 27 2026

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

FIRST-CLASS




US POSTAGE PITNEY BOWES

ZIP 45202 $ 000.74⁰
02 7W
0008041520 APR 08 2026

Melisa Jenkins
4457 Mellwood Avenue
Cincinnati, OH 45232

NIXIE        430    FE 1        0004/23/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  45202397699      *0746-00963-15-23